**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL LERNER, an individual,<br><br>Plaintiff,<br><br>-vs-<br><br>ADT LLC, a Delaware limited liability company; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:26-cv-08754-FMO-PD<br><br>**ORDER GRANTING STIPULATION [10] TO DISMISS** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: September 1, 2026

_____________/s/___________________
Honorable Judge Fernando M. Olguin
U.S. DISTRICT JUDGE